IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERIC JAMES DEBROW,

    Petitioner,

v.

RANDALL HEPP,

    Respondent.

ORDER

Case No. 24-cv-48-wmc

---

Petitioner Eric James DeBrow has submitted a certified inmate trust fund account statement for the six-month period preceding the filing of a habeas petition. Accordingly, the court must determine whether petitioner qualifies for indigent status.

Having considered petitioner's inmate trust fund account statement, I find that petitioner is unable to prepay the fees of commencing this action or to post security therefor. Accordingly, petitioner's request for leave to proceed *in forma pauperis* is granted.

ORDER

IT IS ORDERED that petitioner Eric James DeBrow's motion for leave to proceed without prepayment of the filing fee is GRANTED.

Entered this 22nd day of January, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge